IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT MERRITT, <br><br> Plaintiff, <br><br> v. <br><br> ED HARTMAN, <br><br> Defendant. | CIVIL ACTION <br> No. 19-2008 |

# ORDER

**AND NOW**, this 20th day of August, 2020, upon review of Defendant Ed Hartman's Motion to Dismiss, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**. (*See* ECF No. 31.);

2. Plaintiff's claims under the Eighth and Thirteenth Amendments of the United States Constitution are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's claims under the Due Process Clause of the Fourteenth Amendment of the United States Constitution survive this Motion;

4. Plaintiff's "Motion for Relief, Default [] Judgment, [Settlement Conference], and [Summary] Judgment" is **DENIED** as frivolous. (*See* ECF No. 36.); and

5. Plaintiff's "Motion to Order the Judge to Order the Defendant to Respond to Your Order Within 20 Day[s,] and if not, Within 20 Day[s] Grant [an] Order for Def[a]ult

2

Judgment in My Favor and Also Settlement Conference" is **DENIED** as frivolous.  (*See* ECF No. 37.)

**BY THE COURT:**

<u>/s/ Jeffrey L. Schmehl</u>
Jeffrey L. Schmehl, J.

2